Dismissed and Memorandum Opinion filed April 15, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00164-CV

____________

 

BETTY J. ALLEN, Appellant

 

V.

 

OLLIE L. EVANS, Appellee

 



 

On Appeal from Probate
Court No. 1

Harris County,
Texas

Trial Court Cause
No. 369645-401

 



 

MEMORANDUM
OPINION

This is
an appeal from a judgment signed December 31, 2009.  On March 29, 2010,
appellant filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

Panel consists of Justices Yates, Seymore, and Brown.